

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00411-CV

IN THE INTEREST OF N.W., A
CHILD

----------

## FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 323-101301-15

----------

## MEMORANDUM OPINION[1]

----------

On October 31, 2016, Appellant W.G.W. filed a notice of appeal asking that she be reunited with her minor daughter.[2] We then sent Appellant a jurisdiction letter, referencing the fact that the "Final Order in Suit Affecting the

---

[1]*See* Tex. R. App. P. 47.4.

[2]We refer to Appellant by her initials to protect the identity of her minor daughter. *See* Tex. Fam. Code Ann. § 109.002(d) (West 2014); Tex. R. App. P. 9.8(b).

Parent-Child Relationship" was entered on November 18, 2015, and expressing our concern that it appeared we lacked jurisdiction over this appeal because the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. Appellant responded to our jurisdiction letter and stated that she "was not appealing anything that happened back in November 2015."

On November 30, 2016, we sent a second jurisdiction letter to Appellant, this time expressing our concern that we may not have jurisdiction over this appeal because it does not appear to be from a final judgment or appealable interlocutory order. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that "the general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment"). We stated that unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by December 12, 2016, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant did not respond to our second jurisdiction letter. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DELIVERED:  January 5, 2017